AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| United States of America<br>v.<br><br>SHANNON MAUREEN CONLEY<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.   14-mj-01045-KLM |

**ARREST WARRANT**

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrive and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* SHANNON MAUREEN CONLEY, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2339B – Provision and Attempted Provision of Material Support or Resources to a Designated Foreign Terrorist Organization

Date: **09 Apr 2014**

City and state:  Denver, Colorado

*Issuing officer's signature*

Kristen L. Mix
United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*