# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.   14-mj-01045-KLM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. SHANNON MAUREEN CONLEY,

     Defendant.

ation

## MOTION TO RESTRICT CASE

The United States of America, by and through undersigned counsel, respectfully moves the Court to enter an Order restricting the case, including the Search Warrant and Application and Affidavit for Search Warrant in this matter, as well as this Motion and the Court's Order restricting these documents at Level 3, and as grounds therefore submits the following:

    1.   Criminal Complaint, Arrest Warrant and Affidavit supporting Criminal Complaint and this Motion have been filed as part of a continuing criminal investigation.

    2.   Restriction of the case and documents at Level 3 is appropriate under D.C.Colo.LCrR 47.1 for the following reasons:  1) the interests stated herein outweigh the presumption of public access; 2) clearly defined and serious injury would result if access is not restricted at Level 3, and; 3) only restricted access will adequately protect the interests in

question. These interests are further described as follows: The target(s) are unaware of the continuing investigation. Further, this case involves the investigation of other targets and/or other possible locations where evidence of crimes may be located, such as on computers subject to the control of the target(s). Accordingly, it is necessary to maintain the secrecy of the investigation, as there is reason to believe that notification of the existence of the Application and Affidavit will seriously jeopardize the investigation by giving the target(s) an opportunity to flee from prosecution and destroy or tamper with evidence, some of which is expected to be computer-based. Restricting access to the case and documents is the only practicable way to maintain the secrecy of the investigation and to adequately protect these concerns.

WHEREFORE, the Government respectfully moves that the case, the Criminal Complaint, Arrest Warrant and Affidavit supporting Criminal Complaint and this Motion, and the Court's Order restricting these documents be restricted at Level 3 until further order of the Court.

Respectfully submitted this 8th day of April, 2014.

Respectfully submitted,

JOHN F. WALSH
UNITED STATES ATTORNEY

*s/Gregory Holloway*
Gregory Holloway, WSBA #28743
Assistant United States Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: 303-454-0100
E-mail: Greg.Holloway@usdoj.gov
Attorney for Government