AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2014 APR 14 PM 1:38
JEFFREY P. COLWELL
CLERK
BY_____DEP. CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. ~~[redacted]~~ |
| SHANNON MAUREEN CONLEY | ) | 14-mj-01045-KLM |
| Defendant | ) | |

## ARREST WARRANT

TO: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) SHANNON MAUREEN CONLEY,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2339B – Provision and Attempted Provision of Material Support or Resources to a Designated Foreign Terrorist Organization

Date: **09 Apr 2014**

_Issuing officer's signature_

City and state: Denver, Colorado

Kristen L. Mix
United States Magistrate Judge
_Printed name and title_

### Return

This warrant was received on (date) 4/9/14, and the person was arrested on (date) 4/8/14
at (city and state) Denver, CO.

Date: 4/9/14

_Arresting officer's signature_

Jeremy Phibbs / Special Agent
_Printed name and title_