**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   1:14-mj-01045-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  SHANNON MAUREEN CONLEY,

    Defendant.

---

**GOVERNMENT'S MOTION TO DISMISS COMPLAINT AGAINST
DEFENDANT SHANNON MAUREEN CONLEY**

---

The United States of America, by and through John F. Walsh, United States Attorney for the District of Colorado, and Greg Holloway, Assistant United States Attorney, files this Motion to Dismiss the Compliant Against Defendant Shannon Maureen Conley without prejudice,

The defendant has waived Indictment and the matter is proceeding by way of Information.   Accordingly, the Government moves to dismiss the Comlaint.

Respectfully submitted this 22nd day of April, 2014.

        JOHN F. WALSH
        United States Attorney

        s/ Greg Holloway
        By: GREG HOLLOWAY, WSBA #28743
        Assistant United States Attorney
        United States Attorney's Office
        1225 Seventeenth Street, Suite 700
        Denver, Colorado 80202
        Telephone: 303-454-0100
        Facsimile: 303-454-0403
        Email: Gregory.Holloway@usdoj.gov