IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00163-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SHANNON MAUREEN CONLEY,

    Defendant.

## ORDER OF RECUSAL

    This matter is before me on review of the file. Assistant U.S. Attorney Gregory Holloway has entered an appearance on behalf of the government in this case. Due to the fact that I occasionally socialize with Mr. Holloway, I must recuse myself from this case. It is therefore

    ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned by random draw.

    DATED April 23, 2014.

                                                    BY THE COURT:

                                                    s/Philip A. Brimmer
                                                    PHILIP A. BRIMMER
                                                    United States District Judge