**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

Courtroom Deputy:  Robert R. Keech        Date:  June 26, 2014
Court Reporter:    Tammy Hoffschildt      Interpreter:  N/A
Probation Officer: N/A

Criminal Case No.  **14-cr-00163-RM**

<u>Parties</u>                                    <u>Counsel</u>

UNITED STATES OF AMERICA,                 Gregory A. Holloway

     Plaintiff,

v.

**1. SHANNON MAUREEN CONLEY**,            Robert W. Pepin

     Defendant.

## COURTROOM MINUTES

**STATUS CONFERENCE**

**3:01 p.m.    COURT IN SESSION.**

Appearances of counsel.  Defendant is present and in custody.  The Court notes that this case remains under seal.  Only the parties, attorney's, staff of the United States Marshal Service, and court staff are present.

3:02 p.m.    Discussion regarding the status of the case.

**ORDERED:**  This case, except for the Complaint [ECF Doc. No. 1] and attachments, shall be **UNSEALED IMMEDIATELY.**

**ORDERED:** Government shall file a motion and a redacted copy of the Affidavit in Support of Criminal Complaint no later than **Friday, June 27, 2014, at 12:00 p.m.**

**ORDERED:** The transcripts of this hearing all prior hearings shall **REMAIN UNDER SEAL UNTIL FURTHER NOTICE.**

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**3:20 p.m.**     **COURT IN RECESS.**

**Total in court time:   :19**
**Hearing concluded.**