IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.  14-cr-00163-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.    SHANNON MAUREEN CONLEY,

_____

**NOTICE OF DISPOSITION**
_____

    Notice is hereby given that a disposition has been reached in the above-captioned case.  The parties request permission to contact chambers to jointly schedule a change of plea hearing.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    s/ Robert W. Pepin
    ROBERT W. PEPIN
    Assistant Federal Public Defender
    633 - 17th Street, Suite 1000
    Denver, Colorado  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    robert_pepin@fd.org
    Attorney for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2014, I filed the foregoing

**NOTICE OF DISPOSITION**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Gregory A. Holloway
    Assistant U.S. Attorney
    Email: Gregory.Holloway@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name

    Shannon Conley (U.S. Mail)

    s/ Robert W. Pepin
    ROBERT W. PEPIN
    Assistant Federal Public Defender
    633 - 17th Street, Suite 1000
    Denver, Colorado  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    robert_pepin@fd.org
    Attorney for Defendant