**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Criminal Action No.  14-cr-00163-RM**

**UNITED STATES OF AMERICA,**

 **Plaintiff,**

**v.**

**1.  SHANNON MAUREEN CONLEY,**

 **Defendant.**

_____

**UNITED STATES' MOTION FOR LEAVE TO RESTRICT DOCUMENT 43**
_____

 The United States of America, by and through United States Attorney John F. Walsh and the Greg Holloway, Assistant United States Attorney, respectfully moves to this Court pursuant to D.C.COLO.LCrR 47.1, to restrict document 43, all attachments, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion.  The United States requests a "Level 1" Restriction which would make the document and attachment, any order revealing the contents of that document and the brief filed in support of this motion, "Viewable by Case Participants & Court" only.

Respectfully submitted
JOHN F. WALSH
United States Attorney

 *s/ Greg Holloway*
By: GREG HOLLOWAY, WSBA #28743
Assistant United States Attorney
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: 303-454-0100
Facsimile: 303-454-0403
Email: Gregory.Holloway@usdoj.gov

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of September, 2014, I electronically filed the foregoing **UNITED STATES' MOTION FOR LEAVE TO RESTRICT DOCUMENT 43** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Robert W. Pepin**
  Email: Robert_Pepin@fd.org


          *S/ Maureen Carle*
          MAUREEN CARLE
          Legal Assistant
          United States Attorney's Office
          1225 Seventeenth Street, Suite 700
          Denver, Colorado 80202
          Telephone: 303-454-0100
          Email: Maureen.Carle@usdoj.gov