**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE**

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson | Date:   January 23, 2015 |
| Court Reporter: Tammy Hoffschildt | Interpreter: n/a |
| Probation Officer:   Justine Kozak | |

**CASE NO.   14-cr-00163-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Gregory Holloway |
| Plaintiff, | |
| v. | |
| 1.  SHANNON MAUREEN CONLEY, | Robert Pepin |
| Defendant. | |

**COURTROOM MINUTES**

**SENTENCING HEARING**
**COURT IN SESSION:**     1:30 p.m.
Appearances of counsel.   Defendant is present and in custody.

Defendant entered her plea on September 10, 2014, to Count 1 of the Information. The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding the United States' Motion Under U.S.S.G. 3E1.1(b) for 1-Level Reduction in Defendant's Offense Level for Acceptance of Responsibility (Doc. 68, filed 1/14/15) and Government's Motion for Downward Departure (Doc. 56, filed 1/9/15).

**ORDERED:**  United States' Motion Under U.S.S.G. 3E1.1(b) for 1-Level Reduction in Defendant's Offense Level for Acceptance of Responsibility (Doc. 68, filed 1/14/15) is GRANTED.

**ORDERED:**  Government's Motion for Downward Departure (Doc. 56, filed 1/9/15) is GRANTED.

Discussion held regarding Defendant's Response to Presentence Investigation Report (PSIR) and objections contained therein (Doc. 51, filed 1/5/15) and Defendant's Sentencing Statement and Motion for Statutory Sentence (Doc. 60, filed 1/9/15).

Court's findings and ruling on objections.

**ORDERED:** Defendant's Motion for Statutory Sentence (Doc. 60, filed 1/9/15) is DENIED.

Counsel for the Government addresses the Court regarding sentencing.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

| | |
|---|---|
| 3:34 p.m. | Court in recess. |
| 3:46 p.m. | Court in session. |

Continued statements by Defendant's counsel.

Defendant addresses the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Shannon Maureen Conley, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **48** months.

Court RECOMMENDS that the Bureau of Prisons designate a facility closest to the District of Colorado and consistent with the security requirements that they may have.

**ORDERED:** Upon release from imprisonment, Defendant shall be placed on **supervised release** for a period of **three (3)** years.

**ORDERED:** **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S.

     Sentencing Commission.
(**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
(**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:** **Special Condition** of Supervised Release that:
(**X**) Defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. Defendant shall pay the cost of treatment as directed by the probation officer.
(**X**) Defendant shall remain medication compliant and shall take all medications that are prescribed by her treating psychiatrist or mental health professional. Defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or supervising probation officer to ensure that a therapeutic level of her prescribed medications is maintained.
(**X**) Defendant shall have limited access to the internet, which shall include a prohibition she not have communication with any individual who is associated with ISIS, Al-Qaeda, or other terrorist organizations and she not access online magazines or websites, which are primarily associated with terrorist organization, specifically Inspire magazine. This lack of online communication shall include a prohibition from reviewing the preaching and teachings of Anwar Al-Awlaki.
(**X**) Defendant shall not possess any quantity of black powder or any explosive substance.
(**X**) Defendant shall not obtain or possess any passport or international travel documents.
(**X**) Defendant shall perform 100 hours of community service as directed by the probation officer. The agency where the defendant performs her community service shall be approved by the probation officer. The community service **shall not** be associated with the homeless.
(**X**) Defendant shall submit his or her person, property, house, residence, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.
(**X**) Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.

| | | |
|---|---|---|
| (**X**) | | Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release. |

**ORDERED:** Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

Defendant advised of right to appeal.

**ORDERED:** Any notice of appeal must be filed within 14 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:** 4:42 p.m.
Hearing concluded.
Total time: 3:00