# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Criminal Case No. 14-cr-00163-RM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHANNON MAUREEN CONLEY,

    Defendant.

---

## ORDER REGARDING REQUEST FOR MODIFICATION OF THE CONDITIONS OF SUPERVISION

---

    THIS MATTER is before the Court upon request by the probation officer to modify conditions of supervised release on the above-named defendant.

    HAVING considered the probation officer's petition, the Court:

    ORDERS the defendant's terms of supervision be modified to include the following special condition:

    1.    You must participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by, and as deemed necessary by the probation officer, until such time as you are released from the program by the probation officer. You must abstain from the use of alcohol or other intoxicants during the course of treatment and must pay the cost of treatment as directed by the probation officer.

    FURTHER ORDERS that all terms and conditions of supervision previously imposed remain in full force and effect.

    DATED this 20th day of June, 2018.

                                         BY THE COURT:

                                         _____
                                         RAYMOND P. MOORE
                                         United States District Judge