# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 14-cr-00163-RM

UNITED STATES OF AMERICA,
    Plaintiff,

v.

SHANNON MAUREEN CONLEY,
    Defendant.

_____

## DEFENDANT SHANNON CONLEY'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE
_____

Shannon Conley, through undersigned counsel, respectfully submits this Motion for Early Termination of Supervised Release and requests an Order directing the United States Probation Department that Ms. Conley is terminated from Supervised Release at this time. As grounds, the defendant states the following:

1) On January 23, 2015, Ms. Conley was sentenced by this Honorable Court. The sentence imposed included:

- A term of imprisonment of forty eight (48) months
- Upon release from imprisonment, a term of three (3) years' Supervised Release
- Ms. Conley was required to complete a program of mental health treatment, pay the costs of treatment, take all medications prescribed for her
- Pay a Special Assessment Fee of $100
- Perform 100 hours of community service

2) Pursuant to the Court's sentence, Ms. Conley was incarcerated at FCI Aliceville, AL until April 4, 2017. Upon being released from FCI Aliceville, AL, she resided at the Independence House in Southwest Denver from approximately April 5,

2017 to October 1, 2017.  Ms. Conley was released from the Independence House on October 1, 2017.

3) Ms. Conley then moved into an apartment and she began her Supervised Release with Senior Probation Officer, Kyla Hamilton.  Recently, Ms. Conley's supervision has been transferred to Probation Officer Tina Parde.

4) Ms. Conley has complied with the Special Conditions of her Sentence. She completed the mental health treatment as required.  Ms. Conley participates in an education program to learn the trade of an electrician while maintaining full-time employment as an apprentice electrician.  Ms. Conley has completed the required 100 hours of community service with Arc Thrift Store and Extreme Community Makeover.

5) Ms. Conley has been on Supervised Release for approximately one year and has complied with the terms of her Supervised Release, with the exception noted in the Petition to Modify Conditions of Supervised Release (Doc. 85, 06/20/18).

6) 18 U.S.C §3583(e)(1) allows the Court to "terminate a term of supervised release and discharge the defendant at any time after the expiration of one year of supervised release…if it is satisfied that such action is warranted by the conduct of the defendant's release and the interest of justice."

7) A copy of this Motion is being provided to Assistant United States Attorney, Greg Holloway, and United States Probation Officer, Tina Parde, so that they may state their position regarding the motion if directed to do so by the Court.

WHEREFORE, the undersigned moves this Honorable Court for an Order terminating Ms. Conley's Supervised Release.

Respectfully submitted this 23rd day of October, 2018.

*s/ Patrick J. Burke*
Patrick J. Burke
Patrick J. Burke, P.C.
303 16th Street, Suite 200
Denver, Colorado 80202
303-825-3050
303-825-2992 fax
Patrick-J-Burke@msn.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of October, 2018, I electronically filed the foregoing **DEFENDANT SHANNON CONLEY'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE,** with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following**:**

Greg Holloway, Gregory.holloway@usdoj.gov
Assistant United States Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
*Attorney for the Government*

### VIA U.S. FIRST CLASS MAIL
Tina Parde
United States Probation Officer
1929 Stout St, #C120
Denver, Colorado 80294

*s/ Jennifer J. Feldman*