**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 14-cr-00163-RM

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

SHANNON MAUREEN CONLEY,

      Defendant.

_____

**ORDER DENYING REQUEST FOR EARLY TERMINATION**

_____

This matter is before the Court on Defendant Shannon Conley's Motion (the "Motion") for Early Termination of Supervised Release (ECF No. 90). The Court has reviewed the Motion, the government's response (ECF No. 92), and reviewed Defendant's supervision history with the Probation Department. Having considered all of the foregoing, the Motion is DENIED.

The Court is aware of, and commends Ms. Conley for, the many strides she has made in terms of reintegration into the community, community service, counseling and other matters required of her while on supervised release. However, her supervision has not been without concern. *See* ECF No. 86, entered due to concern with relationships which had the potential to inject difficulties into Defendant's efforts at rehabilitation.[1] Additionally, the Motion has been filed within a legally proper, but nonetheless early, portion of her supervision. Finally, the nature

_____

[1] "Relationships," the Court notes, were at the root of the events giving rise to the matter for which Ms. Conley was convicted in this case.

of Ms. Conley's conviction gives rise to a public safety concern which merits continued

supervision.

Accordingly, the Motion (ECF No. 90) is DENIED.

DATED this 21st day of November, 2018.


BY THE COURT:


RAYMOND P. MOORE
United States District Judge